IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Ardelle Frank, Sandra Romanelli and June Carney, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.   1:18-cv-9322-PKC |
| Second Round, L.P., a Texas corporation, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, David J. Philipps hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Ardelle Frank, Sandra Romanelli and June Carney in the above-captioned action.

1. Applicant's residential address:

David J. Philipps
10551 Buck Drive
Orland Park, Illinois 60467

2. Applicant's office address, telephone number, facsimile number, and email address is:

Philipps & Philipps, Ltd.
9670 S. Roberts Road
Suite One
Palos Hills, Illinois  60465
(708) 974-2900
(708)974-2907 (FAX)
davephilipps@aol.com

3. I am in good standing of the bar(s) of the state(s) of and there are no pending disciplinary proceedings against me in any state or federal court.

1

I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

- Supreme Court of the State of Illinois (1987);
- United States Supreme Court (1994);
- United States Court of Appeals for the Seventh Circuit (1989);
- United States Court of Appeals for the Ninth Circuit (1993);
- United States District Court for the Northern District of Illinois (general 1988;
- trial 1996);
- United States District Court for the Central District of Illinois (1995);
- United States District Court for the Southern District of Illinois (2007);
- United States District Court for the Southern District of Indiana (1997);
- United States District Court for the Northern District of Indiana (2007);
- United States District Court for the Western District of Oklahoma (2016);
- United States District Court for the Western District of New York (2017);
- United States District Court for the District of Colorado (2017);
- United States District Court for the Eastern District of Tennessee (2017);
- United States District Court for the Western District of Wisconsin (2017);
- United States District Court for the Eastern District of Missouri (2018); and,
- United States District Court for the Eastern District of Wisconsin (2018).

    4.    David J. Philipps is in good standing and eligible to practice in all courts to which he is admitted.

    5.    Local counsel's address, telephone number, facsimile number, and e-mail address:

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway
21st Floor
New York, New York 10004
(212) 248-7906
(212) 248-7908 (FAX)
brian@bromberglawoffice.com

The required fee of $200 will be submitted.

                                      By: /s/ David J. Philipps_____
                                          One of Plaintiff's Attorneys

Dated: October 15, 2018

David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway
21st Floor
New York, New York 10004
(212) 248-7906
(212) 248-7908 (FAX)
brian@bromberglawoffice.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 15, 2018, a copy of the foregoing **Motion for Admission Pro Hac Vice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian L. Bromberg       brian@bromberglawoffice.com
Bromberg Law Office, P.C.
26 Broadway
21st Floor
New York, New York 10004

 Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on October 15, 2018.

Second Round, L.P.
c/o National Corporate Research, Ltd.
10 East 40th Street
10th Floor
New York, New York 10016


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com