# AFFIDAVIT OF DAVID J. PHILIPPS IN SUPPORT OF HIS MOTION TO APPEAR PRO HAC VICE IN THE SOUTHERN DISTRICT OF NEW YORK DISTRICT COURT

I, David J. Philipps, under penalties of perjury hereby declare and state:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

Dated: October 15, 2018

_____
David J. Philipps