IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Ardelle Frank, Sandra Romanelli and June Carney, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.   1:18-cv-9322-PKC |
| Second Round, L.P., a Texas corporation, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of David J. Philipps for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

David J. Philipps
Philipps & Philipps, Ltd.
9670 S. Roberts Road
Suite One
Palos Hills, Illinois  60465
(708) 974-2900
(708)974-2907 (FAX)
mephilipps@aol.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Ardelle Frank, Sandra Romanelli and June Carney in the above entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of

1

New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                 United States District/Magistrate Judge